The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RICHARD LEE GATHERCOLE, <br> Defendant. | CASE NO. CR17-167 RSL <br><br> ORDER DISMISSING INDICTMENT |

The Court, having reviewed the United States' Motion to Dismiss the Indictment, enters the following order:

IT IS HEREBY ORDERED that the Indictment in this case is dismissed without prejudice.

Dated this  24th  day of June, 2022.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:

*/s/ Todd Greenberg*
TODD GREENBERG
Assistant United States Attorney

Order Dismissing Indictment – 1
*United States v. Gathercole,* CR17-167 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970